NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLERGAN, INC.,**
*Plaintiff-Appellee,*

v.

**SANDOZ INC., ALCON LABORATORIES, INC., ALCON RESEARCH LTD., ALCON, INC., AND FALCON PHARMACEUTICALS, LTD.,**
*Defendants-Appellants,*

AND

**APOTEX INC. AND APOTEX CORP.,**
*Defendants-Appellants,*

AND

**WATSON LABORATORIES, INC.,**
*Defendant-Appellant.*

---

2011-1619, -1620, -1635, -1639

---

Appeals from the United States District Court for the Eastern District of Texas in consolidated case No. 09-CV-0097, Judge T. John Ward.

---

**ON MOTION**

---

# ORDER

Sandoz Inc., Alcon Laboratories, Inc., Alcon Research Ltd., Alcon, Inc., and Falcon Pharmaceuticals, Ltd. (collectively, Sandoz) move for an order that directs Allergan to file its brief within 14 days of our order dismissing the cross-appeals. Allergan opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Allergan shall file its brief within 21 days from the date of filing of this order.

FOR THE COURT

APR 0 5 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Deanne E. Maynard, Esq.
 Jonathan E. Singer, Esq.
 Robert B. Breisblatt, Esq.
 Gary Edward Hood, Esq.

s24

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 5 2012

JAN HORBALY
CLERK